# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | ) | |
|---|---|---|
| Joshua Lee Ferguson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:09-743-HFF |
| | ) | |
| Washington Mutual Finance LLC | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)*
.

■ other: the claims against Defendant Washington Mutual Finance are dismissed without prejudice.

.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Henry F. Floyd adopting the Report and Recommendation.

.

Date: January 29, 2010          *CLERK OF COURT*


                               s/Angela Lewis

                               *Signature of Clerk or Deputy Clerk*